**Lillian SCALA, Plaintiff-Appellant,**

v.

**Marion B. FOLSOM, as Secretary of Health, Education and Welfare, Defendant-Appellee.**

No. 227, Docket 24382.

United States Court of Appeals Second Circuit.

Argued March 7, 1957.

Decided March 28, 1957.

Gruber & Turkel, Stamford, Conn. (Milton Turkel, Stamford, Conn., of counsel), for plaintiff-appellant.

George Cochran Doub, Asst. Atty. Gen. (Simon S. Cohen, U. S. Atty., Hartford, Conn., Samuel D. Slade and Robert S. Green, Attys., Dept. of Justice, Washington, D. C.), for defendant-appellee.

Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Anderson, who had adopted the opinion of Referee Jackson C. Smith.